IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WASTE CONNECTIONS, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>APPLETON ELECTRIC, LLC,<br><br>        Defendant. | 8:12CV436<br><br>TAXATION OF COSTS |

      Judgment was entered in favor of the Plaintiff on May 16, 2014.  (Filing No. 230). Plaintiff filed its Bill of Costs on May 29, 2014. (Filing No. 234).  However, Plaintiff did not file its request on Form AO 133 as required by the Bill of Costs Handbook for this court.

      Accordingly, Plaintiff's request for costs is denied without prejudice to Plaintiff refiling its Bill of Costs in compliance with the Handbook on or before June 16, 2014.

      Dated this 3rd day of June, 2014.

OFFICE OF THE CLERK:

*s/Bren H. Chambers*
Bren H. Chambers
Deputy Clerk