# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

**WASTE CONNECTIONS, INC.,**

        **Plaintiff,**

vs.

**APPLETON ELECTRIC, LLC,**

        **Defendant.**

**8:12CV436**

**ORDER**

This matter is before the court on the defendant's, Appleton Electric, LLC (Appleton), Renewed Motion for Judgment as a Matter of Law, or alternatively, for a New Trial (Filing No. 239). In order to appropriately review Appleton's motion, the court requires the transcript of the trial proceedings. Therefore, Appleton shall contact the court reporters and order the transcription.

**IT IS SO ORDERED.**

Dated this 1st day of July, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge