# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RICK BREMMER,**<br><br>                    Plaintiff,<br><br>    vs.<br><br>**APPLETON ELECTRIC, LLC,**<br><br>                    Defendant. | **8:15CV329**<br><br>**REASSIGNMENT ORDER** |

It has come to the Court's attention that the above captioned case is related to *Bremmer, et. al. v. Appleton Electric, LLC, et. al.*, Case No. 8:12-cv-436. Accordingly, in the interest of judicial economy,

IT IS ORDERED:

1. The above captioned case is reassigned to Magistrate Judge Thomas D. Thalken for disposition and judicial supervision of all pretrial matters;

2. Magistrate Judge Thalken will issue an order establishing a deadline for the parties' consent to disposition of the case by a magistrate judge, in accordance with the provisions of NECivR 73.1 (a);

3. Absent consent of the parties to disposition of the case by a magistrate judge, the Clerk will reassign the case to a district judge for disposition, by random draw, and Magistrate Judge Thalken will be assigned to the case for supervision of all pretrial matters; and

4. The Clerk of the Court will file this order in Case No. 8:12-cv-436.

Dated this 7th day of October, 2015

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge